UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

COURTNEY MOTLEY,

    Plaintiff,

vs.

L BRANDS INC., *et al.*,

    Defendants.

Case No. 3:21-cv-196

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION FOR A REFERRAL FOR MEDIATION (Doc. No. 25); (2) GRANTING THE PARTIES' JOINT MOTION FOR A STAY PENDING MEDIATION (Doc. No. 26); AND (3) REFERRING THIS CASE FOR THE PURPOSE OF MEDIATION**

---

    This civil case is before the Court on the parties' joint motions for a referral for mediation (Doc. No. 25) and for a stay pending mediation (Doc. No. 26). The Court **GRANTS** both motions. Pursuant to 28 U.S.C. § 636(c), and at the request of the parties, this case is hereby referred to Magistrate Judge Peter B. Silvain, Jr. for the purpose of assigning this case for mediation.

    **IT IS SO ORDERED.**

April 27, 2023

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge