# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **COURTNEY MOTLEY**, | : | **Case No. 3:21-cv-196** |
| *Plaintiff,* | : | (District Judge Michael J. Newman) |
| v. | : | (Magistrate Judge Caroline H. Gentry) |
| **VICTORIA'S SECRET & CO.**, *et al.* | : | **NOTICE OF DISMISSAL** |
| *Defendants.* | : | |

Now comes Plaintiff Courtney Motley, by and through the undersigned counsel, and pursuant to Fed. Civ. R. 41(A)(1) hereby gives notice of the voluntary dismissal of this action against all Defendants with prejudice, provided that the Court enters an Order retaining jurisdiction to enforce the settlement agreement of the parties.

Respectfully submitted,

*/s/ John (Hui) Li*
John (Hui) Li (0082661)
JHL Legal LLC
1608 S Branch Road
Centerville, OH 45458
Telephone: (513) 502-4646
Email: jli@jhllegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2023, a copy of the foregoing *Notice of Dismissal* was electronically filed and served upon all counsel of record through the Court's Case Management and Electronic Case Filing (CM/ECF) system.

*/s/ John (Hui) Li*
John (Hui) Li